UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SANTIAGO MEDINA VALDEZ,

        Petitioner,

    v.

WARDEN, SOUTH FLORIDA
DETENTION FACILITY,  US
ATTORNEY GENERAL,

        Respondents.

Case No. 2:26-cv-1799-KCD-NPM

/

## **ORDER**

Petitioner Santiago Medina Valdez has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government responded in opposition. (Doc. 8.)

This is Valdez's second petition. The prior case was dismissed because it was filed within the presumptively reasonable six-month period set forth in *Zadvydas*. *See* Case No. 2:26-cv-1251-KCD-NPM, 2026 WL 1320212 (M.D. Fla. May 13, 2026). Because Valdez's detention is still within the six-month window, and the petition here raises the same arguments as before, the same result applies. (*Id.*)

Accordingly, the habeas petition (Doc. 1) is **DENIED**. However, this denial is without prejudice to Valdez refiling a new petition should his current detention *exceed the six-month mark*, and he can demonstrate there is no significant likelihood of removal in the reasonably foreseeable future. The Clerk is **DIRECTED** to terminate any pending motions and close the case.

**ORDERED** in Fort Myers, Florida on June 17, 2026.

Kyle C. Dudek
United States District Judge

2